Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
2566 Overland Ave. Suite 650
Los Angeles, California 90064
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Plaintiffs Jennifer Svonkin, Rose Svonkin, and Crystal Waters

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennfier Svonkin, Rose Svonkin & Crystal Waters<br><br>Plaintiffs,<br><br>vs.<br><br><br>GT of Palm Beach Inc., A Florida Corporation, doing business as Palm Beach Mitsubishi<br><br><br>Defendants. | Case No. 2:25-cv-01732-SVW-AJR<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL,

PLEASE TAKE NOTICE that Plaintiffs Jennifer Svonkin, Rose Svonkin, and Crystal Waters on the one hand and Defendants GT Of Palm Beach, doing business as Palm Beach Mitsubishi on the other hand, have reached an agreement in principle to resolve all claims between the Plaintiff's and the Defendant pending in this action. Plaintiffs and Defendant are in the process of drafting and executing a formal settlement

*The Bensamochan Law Firm, Inc.*
*9025 Wilshire Blvd. Suite 215*
*Beverly Hills, California*

1   agreement and stipulation for dismissal. The Parties expect that the final executed joint

2   stipulation of dismissal of all claims will be filed within 30 (thirty) days.

3      .

4

5   Dated: April 7, 2025,           THE BENSAMOCHAN LAW FIRM, INC.

6                         By:    /s/Eric Bensamochan

7                             Eric Bensamochan, Esq.

8                             Counsel for Plaintiffs.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*The Bensamochan Law Firm, Inc.*
*9025 Wilshire Blvd. Suite 215*
*Beverly Hills, California*

NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL OF CASE