Eric Bensamochan, Esq.   SBN 255482
THE BENSAMOCHAN LAW FIRM, INC.
2566 Overland Ave. Suite 650
Los Angeles, California 90064
Tel.  (818) 574-5740
Fax. (818) 961-0138
Email: eric@eblawfirm.us

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE SVONKIN, JENNIFER SVONKIN & CRYSTAL WATERS<br><br>Plaintiffs,<br><br>vs.<br><br>GT OF PALM BEACH, A FLORIDA CORPORATION, DOING BUSINESS AS PALM BEACH MITSUBISHI<br><br><br>Defendants. | CASE NO.: **2:25-cv-01732-SVW-AJR**<br><br>Assigned for all Purposes to:<br>Hon. Judge Stephen V. Wilson<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: February 27, 2025 |

    Plaintiffs Rose Svonkin, Jennifer Svonkin and Crystal Waters (hereinafter "Plaintiffs"), hereby state as follows:

    WHEREAS, Fed. R. Civ. P. 41(a)(1)(A) allows a plaintiff to "dismiss an action without a court order by filing…(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

NOW, THEREFORE, Plaintiffs, by and through their counsel of record, agree and stipulate that Plaintiff's Complaint is hereby dismissed with prejudice pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiffs and Defendant shall each bear their own fees and costs.

Dated: June 17, 2025  **THE BENSAMOCHAN LAW FIRM, INC.**

By: /s/Eric Bensamochan, Esq.
    Eric Bensamochan
    Attorney for Plaintiffs