JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE SVONKIN, JENNIFER SVONKIN & CRYSTAL WATERS<br><br>Plaintiffs,<br><br>vs.<br><br>GT OF PALM BEACH, A FLORIDA CORPORATION, DOING BUSINESS AS PALM BEACH MITSUBISHI<br><br>Defendants.. | CASE NO.: **2:25-cv-01732-SVW-AJR**<br><br>Assigned for all Purposes to:<br>Hon. Stephen V. Wilson<br><br>~~[PROPOSED]~~ **ORDER** |

Before the court is Plaintiff's Rose Svonkin, Jennifer Svonkin, and Crystal Waters' (hereinafter "Plaintiffs") and Defendant GT of Palm Beach, DBA Palm Beach Mitsubishi (hereinafter "Defendant")'s STIPULATION OF DISMISSAL WITH PREJUDICE ("Stipulation").

Having read and considered the Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The Stipulation is GRANTED.

2. This case is DISMISSED WITH PREJUDICE. Each party shall bear its own fees and cost.

IT IS SO ORDERED.

Dated: June 24, 2025

*[signature: Stephen V. Wilson]*

Hon. Stephen V. Wilson

U.S. District Court Judge

[PROPOSED] ORDER